IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| GREGORY P. BARTUNEK, | |
|---|---|
| Petitioner, | 8:18CV440 |
| vs. | |
| UNITED STATES OF AMERICA, | MEMORANDUM AND ORDER |
| Respondent. | |

This matter is before me on Petitioner's motion to reconsider (filing no. 17) the denial of his motion to proceed in forma pauperis. On September 27, 2018, I denied Petitioner's request for leave to proceed in forma pauperis as moot because the filing fee had been paid on Petitioner's behalf. (Filing No. 6.) Petitioner argues that he should have been allowed to proceed IFP despite his son's payment of the $5.00 filing fee "because he does not have the resources to pay for other costs that may be occurred [sic] in this case, such as copies of court documents and transcripts, costs of discovery, and other such costs necessary to support his writ of habeas corpus." (Filing No. 17 at CM/ECF pp. 1–2.)

I dismissed this matter without prejudice on January 8, 2019. (Filing No. 13; Filing No. 14.) Accordingly, this matter is closed and there is no need to reconsider Petitioner's IFP status. If Petitioner wishes to appeal the dismissal of his § 2241 habeas petition, he may file a notice of appeal and seek leave to proceed IFP on appeal.

IT IS THEREFORE ORDERED that Petitioner's motion to reconsider (filing no. 17) is denied as moot.

Dated this 17th day of January, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge